IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK PINNOCK, JUSTIN RICHARDSON, a/k/a "Jay", a/k/a "Jay Loyal Richardson", and MARTIN PINKNEY, a/k/a "Snugglez"<br><br>    Defendant. | Case No. 14-2135 (MBB) |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
SETH B. KOSTO
Assistant U.S. Attorney

Date: March 26, 2014

*(Handwritten margin notes: "March 26, 2014 Allowed." and "Marianne B. Bowler, USMJ")*