AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARK PINNOCK, | ) | Case No. 14-2135 (MBB) |
| JUSTIN RICHARDSON, a/k/a "Jay", and | ) | |
| MARTIN PINKNEY, a/k/a "Snugglez" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **MARK PINNOCK**,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint

❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of Minors in violation of 18 U.S.C. § 1591
Conspiracy to Engage in Sex Trafficking of Minors in violation of 18 U.S.C. § 1594
Transportation of Minors in Interstate Commerce for Purpose of Prostitution in violation of 18 U.S.C. § 2423

Date: March 26, 2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

Honorable Marianne B. Bowler, U.S.M.J.
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| --- | --- |
| v. | ) |
| MARK PINNOCK, | ) Case No. 14-2135 (MBB) |
| JUSTIN RICHARDSON, a/k/a "Jay", a/k/a "Jay Loyal Richardson", and | ) |
| MARTIN PINKNEY, a/k/a "Snugglez" | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JUSTIN RICHARDSON, a/k/a "Jay", a/k/a "Jay Loyal Richardson"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of Minors in violation of 18 U.S.C. § 1591
Conspiracy to Engage in Sex Trafficking of Minors in violation of 18 U.S.C. § 1594
Transportation of Minors in Interstate Commerce for Purpose of Prostitution in violation of 18 U.S.C. § 2423

Date:  March 26, 2014

Issuing officer's signature: Marianne B. Bowler, USMJ

City and state:  Boston, Massachusetts

Honorable Marianne B. Bowler, U.S.M.J.
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

Arresting officer's signature

Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARK PINNOCK, | ) | Case No.  14-2135 (MBB) |
| JUSTIN RICHARDSON, a/k/a "Jay", a/k/a "Jay Loyal Richardson", and | ) ) | |
| MARTIN PINKNEY, a/k/a "Snugglez" | ) ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARTIN PINKNEY a/k/a "Snugglez"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of Minors and by Force, Fraud, and Coercion in violation of 18 U.S.C. § 1591
Conspiracy to Engage in Sex Trafficking of Minors and by Force, Fraud, and Coercion in violation of 18 U.S.C. § 1594
Transportation of Minors in Interstate Commerce for Purpose of Prostitution in violation of 18 U.S.C. § 2423

Date:   03/26/2014

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

City and state:   Boston, Massachusetts                Honorable Marianne B. Bowler, U.S.M.J.
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |