IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> MARK PINNOCK, JUSTIN RICHARDSON, a/k/a "JAY," a/k/a "JAY LOYAL RICHARDSON," and MARTIN PINKNEY, a/k/a "SNUGGLEZ" <br><br> Defendant. | **Criminal No.** <u>14-2135 (MBB)</u> |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

      The United States of America hereby moves this Court to direct that the complaint be unsealed.  In support of this motion, the government states that defendants PINNOCK and PINKNEY were arrested on March 28, 2014, and that there is no further reason to keep the complaint sealed.

      Respectfully submitted,

      CARMEN M. ORTIZ
      United States Attorney


      By:  <u>/s/Seth B. Kosto</u>
      SETH B. KOSTO
      Assistant U.S. Attorney
      Date:  March 28, 2014