# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-mj-2135-MBB |
| MARK PINNOCK, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 04/21/2014

/s/ Carlos A. Lopez
*Attorney's signature*

Carlos A. Lopez (#018432004)
*Printed name and bar number*

United States Attorney's Office
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
*Address*

Carlos.Lopez3@usdoj.gov
*E-mail address*

(617) 748-3242
*Telephone number*

(617) 748-3951
*FAX number*

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                       /s/ Carlos A. López  
                                                       CARLOS A. LÓPEZ

Dated:  April 21, 2014